**JOHN J. TALTON, CHAPTER 13 TRUSTEE**

Check #.: **1104350**

Payee: Clerk of the Court

Date: 12/18/2015

Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1090433 | 00016 | RAUL ESTEVES & TONI ESTEVES<br>Original Check written to:<br>FLEET ONE FUEL<br>ACCOUNTING & OPERATIONS<br>5042 LINBAR DRIVE<br>NASHVILLE, TN,   37211-8200 | 7988 | 4,297.88 | 2,544.87 | 0.00 | 2,544.87 |
| | | | **TOTALS** | 4,297.88 | 2,544.87 | 0.00 | 2,544.87 |